THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRANDON T. GATES, | CASE NO. C20-0612-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| TAMARA R. FUNDRELLA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for an extension of time (Dkt. No. 15) to respond to the report and recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge (Dkt. No. 13). Having thoroughly considered the motion and the relevant record and finding good cause, the Court hereby GRANTS Plaintiff's motion. Plaintiff's objections to the report and recommendation, if any, must be filed no later than September 24, 2020. The Clerk is DIRECTED to renote Judge Theiler's report and recommendation to September 25, 2020.

//

//

//

MINUTE ORDER
C20-0612-JCC
PAGE - 1

1    DATED this 21st day of August 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
